IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID BIRCH and MICHAEL BENET                                   PLAINTIFFS

v.                            No. 4:17-cv-384-DPM

RHD JR. INC., d/b/a Mayflower RV
Sales & Service; ROBERT H. DUDLEY, JR.;
MARJORIE DUDLEY; DWB LLC,
d/b/a Mayflower RV Sales & Service;
and DANNY BROWN                                                 DEFENDANTS

ORDER

1. Now represented by counsel, DWB LLC and Danny Brown ask the Court to approve their proposed settlement with Michael Benet, № 9, and dismiss Benet's claims against them, with prejudice. № 8. Benet (and Birch, who didn't bring any claims against DWB or Brown, № 5 at ¶ 2) wants the Court to do the same thing. № 5.

2. Considering all the material circumstances, the Court approves the proposed agreement. *In re Flight Transportation Corporation Securities Litigation*, 730 F.2d 1128, 1135 (8th Cir. 1984). This early settlement for a modest sum, with each party bearing its own attorney's fees, is fair, reasonable, and adequate. *Ibid.* And each side has relied on its lawyer in reaching the agreement. № 9 at ¶ 13.

The confidentiality agreement binds the parties, but not the Court. The settlement agreement will be unsealed. № 6; *Delock v. Securitas Security Services USA, Inc.*, 4:11-cv-520-DPM, № 70 at 3–4.

* * *

Motions, № 5 & 8, granted. Settlement agreement, № 9, unsealed. All claims against DWB LLC, d/b/a Mayflower RV Sales & Service, and all claims against Danny Brown, are dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2017