IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID BIRCH; MICHAEL BENET;
and CASEY HOLLIMAN                                                      PLAINTIFFS

v.                              No. 4:17-cv-384-DPM

RHD JR., INC., d/b/a Mayflower RV
Sales & Service; ROBERT H. DUDLEY, JR.;
and MARJORIE DUDLEY                                                     DEFENDANTS

## ORDER

Joint motion to approve the settlement, № 24, granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). It makes Benet and Holliman whole for their alleged unpaid wages, plus liquidated damages in an equal amount. The parties have agreed on confidentiality in general, but have also filed their agreement on the public docket to conform to this Court's standard practice. The Court has reviewed plaintiffs' counsel's billing records; the attorney's fees are appropriately modest. Benet's and Holliman's claims are dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge
9 August 2018