IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID BIRCH                                                   PLAINTIFF

v.                      No. 4:17-cv-384-DPM

RHD JR., INC., d/b/a Mayflower RV
Sales & Service; ROBERT H. DUDLEY, JR.;
and MARJORIE DUDLEY                                          DEFENDANTS

ORDER

The Court stumbled in not directing its usual proposed-settlement drill in the last slice of this FLSA case. The Court must evaluate the settlement for reasonableness. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); see also *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). The settlement agreement filed under seal, № 49, also appears to be a draft. Plus, while the parties may certainly agree on what they may say about the deal, the agreement must be filed on the public docket. *Delock v. Securitas Security Services USA Inc.*, No. 4:11-cv-520-DPM, *№ 70 at 3-4*. If that step is a deal breaker, then the parties should notify the Court. In that event, the motion, № 44, the discovery dispute, № 45, and the case will be put back on track for decision. Notice, or joint motion with the final proposed agreement and all supporting papers, due by 7 February 2019. Plaintiff's counsel may file their bill under seal or file a redacted version on the public docket.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 January 2019