# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID BIRCH                                                    PLAINTIFF

v.                          No. 4:17-cv-384-DPM

RHD JR., INC., d/b/a Mayflower RV
Sales & Service; ROBERT H. DUDLEY, JR.;
and MARJORIE DUDLEY                                           DEFENDANTS

## ORDER

The joint motion to approve the settlement, № 51, is granted. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). The settlement reflects a good-faith compromise of disputed wage-related issues. The lawyers' fees are reasonable, too. Birch's complaint will be dismissed with prejudice.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 February 2019