IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID BIRCH; MICHAEL BENET;
and CASEY HOLLIMAN                                              PLAINTIFFS

v.                              No. 4:17-cv-384-DPM

RHD JR., INC., d/b/a Mayflower RV
Sales & Service; ROBERT H. DUDLEY, JR.;
MARJORIE DUDLEY; DWB LLC,
d/b/a Mayflower RV Sales & Service;
and DANNY BROWN                                                 DEFENDANTS

## JUDGMENT

1. All claims against DWB LLC and Danny Brown are dismissed with prejudice.

2. Benet's and Holliman's claims against RHD Jr., Robert H. Dudley, and Marjorie Dudley are dismissed with prejudice.

3. Birch's claims against RHD Jr., Robert H. Dudley, and Marjorie Dudley are dismissed with prejudice.

4. The Court retains jurisdiction until 10 February 2020 to enforce the settlement between Birch, RHD Jr., and the Dudleys.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 February 2019